# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**MIKE THOMAS AND JANIE THOMAS**                     **PLAINTIFFS**

v.                                    **CIVIL ACTION NO. 3:07-cv-46 HTW-LRA**

**FORD MOTOR COMPANY; TEXAS INSTRUMENTS,**           **DEFENDANTS**
**INC.; E.I. DUPONT DE NEMOURS AND COMPANY**
**and CAVIN'S AUTO SALES**

## ORDER ON PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT E. I. DU PONT DE NEMOURS AND COMPANY

Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Defendant E. I. du Pont de Nemours and Company having been filed, all claims that were or could have been asserted by Plaintiffs Mike and Janie Thomas against Defendant E. I. du Pont de Nemours and Company in the above-styled matter are hereby dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED, this 22 day of February, 2007.

DANIEL P. JORDAN, III
UNITED STATES DISTRICT JUDGE